Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
Grace Y. Chan, Bar No. 240899
gchan@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, California 94107
Telephone:   415.512.3000
Facsimile:   415.856.0306

Attorneys for Defendant CONTRA COSTA
COUNTY HOUSING AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| APRIL JONES, | Case No.: 3:13-cv-00832-MEJ |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CONTRA COSTA COUNTY HOUSING AUTHORITY, a municipal corporation; SYSTEM 1 STAFFING, a corporation; and DOES 1-100, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff APRIL JONES and Defendants CONTRA COSTA COUNTY HOUSING AUTHORITY and SYSTEM 1 STAFFING that all claims asserted by Plaintiff APRIL JONES in this action against CONTRA COSTA COUNTY HOUSING AUTHORITY and SYSTEM 1 STAFFING are hereby dismissed with prejudice

///
///
///
///
///
///

222030.1 CO164-010

STIPULATION FOR DISMISSAL WITH PREJUDICE; 3:13-cv-00832-MEJ

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its/her own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: April 2, 2013

MAYALL HURLEY

By: /s/ John P. Briscoe
John P. Briscoe
Attorneys for Plaintiff April Jones

Dated: April 2, 2013

APRIL JONES

By: /s/ April Jones
April Jones
Plaintiff

Dated: April 2, 2013

LIEBERT CASSIDY WHITMORE

By: /s/ Suzanne Solomon
Suzanne Solomon
Attorneys for Defendant
CONTRA COSTA COUNTY HOUSING AUTHORITY

Dated: April 8, 2013

CONTRA COSTA COUNTY HOUSING AUTHORITY

By: /s/ Joseph Villarreal
Joseph Villarreal
Contra Costa County Housing Authority

Dated: April 2, 2013

CARLSON & MESSER LLP

By: /s/ J. Grace Felipe
J. Grace Felipe
Attorneys for Defendant SYSTEM 1 STAFFING

Dated: April 2, 2013

SYSTEM 1 STAFFING

By: /s/ Kevin Doyle
Kevin Doyle
System 1 Staffing

IT IS SO ORDERED.

Dated: May 9, 2013

/s/ Maria-Elena James
The Honorable Maria-Elena James

222030.1 CO164-010

2

STIPULATION FOR DISMISSAL WITH PREJUDICE; 3:13-cv-00832-MEJ